# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

ERIC PHILLIP ALLEN,                    Criminal No. 24-mj-604 ECW

                Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    (X) Ad Prosequendum    ( ) Ad Testificandum

Name of Detainee: ERIC PHILLIP ALLEN
Detained at (custodian): HENNEPIN COUNTY JAIL

The government is requesting the **investigating agency** to transport detainee.

Detainee is:  a.)  (X) charged in this district by: Complaint
                      Charging Detainee With: Production of Child Pornography
  or      b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of this proceeding
  or        b.)  (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on August 15, 2024 at 1:30 p.m. in the courtroom of Magistrate David T. Schultz.

Dated: August 14, 2024                        _____
                                                  THOMAS CALHOUN-LOPEZ, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

August 14, 2024                              _____
Date                                              UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | Eric Phillip Allen | Gender: | Male |
| Booking #: | | DOB: | |
| Facility Address: | | Race: | |
| | | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | Production of Child Pornography | | |

**RETURN OF SERVICE**

**Executed on** _____ **by** _____ _____
                                                                                     (Signature)